UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELIEZER MORENO-VIGO,** | : | |
| Plaintiffs | : | No. 1:14-CV-02229 |
| vs. | : | (Judge Kane) |
| **LT. BERKIHISER, et al.,** | : | |
| Defendants | : | |

### ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion to dismiss and/or for summary judgment (Doc. 17) is **GRANTED** as set forth below.

2. Moreno-Vigo's claims for damages against the defendants in their official capacities are **DISMISSED.**

3. Moreno-Vigo's claim for injunctive relief is **DISMISSED** as moot.

4. Judgment is hereby entered in favor of the defendants and against Moreno-Vigo.

5. The Clerk of Court shall **CLOSE** this case.

6. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith.

S/ Yvette Kane
Yvette Kane
United States District Judge

Date: February 1, 2016